

# NUMBER 13-22-00284-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

KEN BAKER AND K & S DEMOLITION
AND CONSTRUCTION, LLC,                                    Appellants,

v.

SOUTH TEXAS DUMPSTERS &
RENTALS, LLC,                                            Appellee.

### On appeal from the County Court at Law No. 4
### of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Silva
Memorandum Opinion by Chief Justice Contreras**

This matter is before the Court on its own motion. On November 9, 2022, the Clerk of the Court notified appellants that, pursuant to Texas Rule of Appellate Procedure 38.8(a)(1), the appeal was subject to dismissal for want of prosecution unless, within ten

days, appellants provided reasonable explanation for their failure to timely file briefs. Appellants failed to respond to the notice and neither has filed a brief.

Appellants neither reasonably explained their failure to file a motion for extension of time nor filed their briefs. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b),(c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
9th day of February, 2023.

2